IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TYSON LEE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-660-ECM ) (WO) |
| BLAKE TURMAN, *et al.*, | ) ) |
| Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On March 14, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed for lack of jurisdiction (doc. 13) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED for lack of jurisdiction.

Done this 11th day of April, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE